# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IAN JORDAN, a Washington resident, on behalf of a plaintiff's class consisting of himself and all other persons similarly situated and unknown,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF LYNNWOOD, *et al.*,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-309RAJ |

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　For the reasons set forth in the Court's order of January 22, 2018, Judgment is entered in favor of Defendants The City of Lynwood, The City of Lynnwood Police Department, Nicola Smith, and Tom Davis, against Plaintiff Ian Jordan, a Washington resident, on behalf of a plaintiff's class consisting of himself and all other persons similarly situated and unknown.

　　　DATED this 23rd day of January, 2018.

　　　　　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　By:   */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk